1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4  E-mail:       rpointer@hinklelaw.com

5  Attorneys for Defendant
   **JOSE RAMON GONZALEZ**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO: CR-11-00658 LHK |
|                                ) | |
| Plaintiff,                     ) | STIPULATION AND (~~PROPOSED~~) |
|                                ) | ORDER RESCHEDULING, |
| vs.                            ) | SENTENCING HEARING |
|                                ) | TO JANUARY 23, 2013 |
| JOSE RAMON GONZALEZ,           ) | |
|                                ) | |
| Defendant.                     ) | |
| _____) | |

The defendant, Jose Ramon Gonzalez through his attorney Richard P. Ponter and United States Attorney through Thomas O'Connell request that defendant's sentencing hearing be rescheduled from November 28, 2012 to January 23, 2013 at 9:00 a.m., (or other date convenient to the Court).  The reason for the continuance is:

(1) Defense attorney needs additional time to further investigate and  refute Federal Probation's assertion in the PSR  that defendant's is a "gang affiliate"; Further investigation and interview of gang expert will be necessary to the defense position. Characterization of defendant as a "validated" gang member will dramatically affect his designation and prison level by BOP.

////

---

Stipulation and (~~Proposed~~ Order for
Continuance of Sentencing Hearing              1

1  The Probation Officer is available on that date.

Respectfully submitted,

Dated: November 20, 2012                   /s/ Richard P. Pointer
                                           Richard P. Pointer
                                           Attorney for Jose Ramon Gonzalez

Dated: November 20, 2012                   /s/ Thomas O'Connell
                                           Thomas O'Connell
                                           Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown,

the Court HEREBY ORDERS that the sentencing hearing as to Jose Ramon Gonzalez is rescheduled to January 23, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November  20 , 2012

LUCY H. KOH
United States District Judge

---

Stipulation and (Proposed) Order for
Continuance of Sentencing Hearing                2