UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE RAMON GONZALEZ,<br><br>  Defendant. | **CASE NO. CR 11-0658 LHK**<br>**CR 11-0660 LHK**<br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

On January 2, , 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

- $13,320 in United States Currency seized from the defendant on October 14, 2011 ("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property is forfeited to the United States, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

///

1   All right, title and interest in said property is vested in the United States of America. The
2   appropriate federal agency shall dispose of the forfeiture property according to law.
3   IT IS SO ORDERED this __22nd__ day of ~~May~~ July, 2014.
4   Dated:

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 11-0658/ CR 11-0660  LHK                                                                 2